**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

VALENCIA GARNER,

               **Plaintiff,**

-vs-                                                 **Case No. 6:11-cv-1445-Orl-22GJK**

**UNITED STATES OF AMERICA, VEDA BARNES, JAMES BARNES and DETRA SMITH,**

               **Defendants.**

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT:**

On August 30, 2011, Plaintiff, Valencia Garner, pro se, filed a complaint against Defendants, United States of America, Veda Barnes, James Barnes and Detra Smith. Doc. No. 1. Plaintiff also filed an Application to Proceed Without Prepayment of Fees or Costs and a motion to appoint counsel. Doc. Nos. 2-3. On September 1, 2011, this Court denied the Application without prejudice because, after exercising the review required by 28 U.S.C. § 1915(e)(2), the complaint fails to comply with the rudimentary requirements of Rule 8, Federal Rules of Civil Procedure. Doc. No. 4. The Court's order identified the deficiencies in the complaint and granted Plaintiff twenty-one (21) days to file an amended complaint and renew her motion to proceed *in forma pauperis*. Doc. No. 4. The Court also denied the motion to appoint counsel. Doc. No. 4. Plaintiff has not filed an amended complaint or renewed her motion to proceed *in forma pauperis*.

**THEREON** it is **RECOMMENDED** that:

1. Plaintiff's suit be dismissed for failing to comply with this Court's order.

2. The Clerk be directed to close the case.

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

**The Clerk is directed to send a copy of this order to Plaintiff by Certified Mail.**

**DONE and ORDERED** in Orlando, Florida on September 27, 2011.

GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Presiding District Judge
**Unrepresented Parties by Certified Mail**