**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**VALENCIA GARNER,**

        **Plaintiff,**

**-vs-**                                                      **Case No. 6:11-cv-1445-Orl-22GJK**

**UNITED STATES OF AMERICA, VEDA BARNES, JAMES BARNES, and DETRA SMITH,**

        **Defendants.**

_____

## ORDER

This cause is before the Court on a Report and Recommendation (Doc. No. 6) filed on September 27, 2011.

The United States Magistrate Judge has submitted a report recommending that the suit be dismissed for failure to comply with a Court Order to file an Amended Complaint and a renewed Motion to Proceed *in Forma Pauperis*.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.     The Report and Recommendation filed September 27, 2011 (Doc. No. 6) is ADOPTED and CONFIRMED and made a part of this Order.

      2.      This case is hereby DISMISSED without prejudice.

      3.      The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on October 17, 2011.

Copies furnished to:

Valencia Garner, *pro se*

ANNE C. CONWAY
United States District Judge