# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**VALENCIA GARNER,**

      **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　　　　　　　**Case No:  6:11-cv-1445-Orl-22GJK**

**USA, VEDA BARNES, JAMES BARNES**
**and DETRA SMITH,**

      **Defendants.**

## ORDER

This cause is before the Court on Affidavit of Indigency (Doc. No. 9) filed on December 26, 2012.

The United States Magistrate Judge has submitted a report recommending that the Motion be DENIED.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed January 30, 2013 (Doc. No. 10), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Affidavit of Indigency (Doc. No. 9) is hereby **DENIED**.

3. The Clerk is **DIRECTED** to open a new case; to file the Complaint (Doc. No. 1), the Motion (Doc. No. 9), a copy of this Order and a copy of the Report and Recommendation in the new case; and to assign the new case to the undersigned and Magistrate Judge Kelly.

4. Plaintiff's claim for a violation of 28 C.F.R. § 45.10 or 18 U.S.C. § 3771 is **DISMISSED WITH PREJUDICE**; and

5. Plaintiff is **GRANTED LEAVE TO FILE** an amended complaint that complies with the instructions set forth below within twenty-one (21) days from the date of this Order:

    a. Plaintiff shall place her full legal name in the style of the case on the first page and provide her full name along with a current residential mailing address where she may be served with process and other papers in the appropriate section at the end of the complaint. The P.O. Box Plaintiff currently lists as her address is not sufficient.

    b. Plaintiff must provide the full name and current address for each defendant.

    c. Plaintiff shall specifically allege the basis upon which the Court has subject matter jurisdiction for each claim asserted.

    d. Plaintiff must state what rights under the Constitution, laws, or treaties of the United States have allegedly been violated by each defendant.

    e. Plaintiff shall set forth each claim in a separate count.

    f. Plaintiff must set forth a short plain statement of facts as to each claim and state each Defendants involvement in the violation alleged in each claim.

    g. Plaintiff must show how Plaintiff has been damaged or injured by the actions and/or omissions of the Defendants.

    h. Plaintiff shall set forth a clear statement of the relief sought for each claim.

    i. The amended complaint must include all of Plaintiff's claims in this action; it should not refer back to the original complaint. Plaintiff shall mail or provide the amended complaint to the Court with a copy for each defendant.

6. At the time Plaintiff files an amended complaint, she **SHALL ALSO FILE** a renewed motion to proceed *in forma pauperis* using an approved form or pay the full filing fee. Failure to file an amended complaint and renew the motion to proceed *in forma pauperis* or pay the full filing fee within the time provided may result in the dismissal of this case without further notice.

**DONE** and **ORDERED** in Orlando, Florida on February 15, 2013.

_____
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties